IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

Noreen Rucinski and Frederick Rucinski,

    Plaintiffs,

v.

Terry Sports, Inc., The Torian Plum Condominium Owners Association, Inc., and John Doe (true identity unknown),

    Defendants.

---

## ORDER GRANTING MOTION TO VACATE SCHEDULING CONFERENCE
    ( Docket No. 10 )

---

THE COURT, having reviewed the parties' joint motion to vacate the scheduling conference scheduled for March 18, 2009, and finding good cause therein, does hereby grant said Motion and hereby Orders that the scheduling conference is vacated. ~~and will be reset once Plaintiffs file an amended complaint~~. The Rule 16 Scheduling Conference is Reset to April 27, 2009 @ 10:30 a.m.

Dated this 3rd day of March 2009.

The parties shall
File with the Court
their proposed Rule 16
Order Five (5) Days
Before the Rule 16
Scheduling Conference.

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO