IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al,

Plaintiffs,

v.

TERRY SPORTS, INC., et al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Amend Complaint and Jury Demand (Docket No. 13) is granted, and the tendered First Amended Complaint and Jury Demand (Docket No. 13-2) is accepted for filing as of the date of this Minute Order.

Date: March 5, 2009