IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC., et al,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference, filed with the Court on April 14, 2009, is DENIED and the scheduling conference will go forward on April 27, 2009, at 10:30 a.m.

Date:   April 16, 2009