IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI and FREDERICK RUCINSKI,

    Plaintiffs,

v.

THE TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC. and
PRESTIGE PROPERTY DETAILING

    Defendants.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO HAVE DEFENDANT'S INSURANCE REPRESENATIVE ATTEND SETTLEMENT CONFERENCE AND EXCUSE THE ATTENDANCE OF DEFENDANT'S BOARD OF DIRECTORS** ( Docket No. 2 8 )

---

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Leave to have Defendant's Insurance Representative attend Settlement Conference and Excuse the Attendance of Defendant's Board of Directors, and

THE COURT having been fully advised on the matters,

**HEREBY ORDERS** that Defendant's Motion is **GRANTED**. A member of The Torian Plum Condominium Owners Association's Board of Directors may attend the July 29, 2009, Settlement Conference via telephone.

DATED this 15T day of June 2009.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO