# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

Noreen Rucinski and Frederick Rucinski,

    Plaintiffs,

v.

The Torian Plum Condominium Owners Association, Inc., and Prestige Property Detailing,

    Defendants.

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PROTECTIVE ORDER ( Docket No. 33 )

---

On this date came before the Court Plaintiffs' Unopposed Motion for Protective Order. The Court, having considered the pleadings and being fully informed of the facts and law, finds the Motion is well taken, and should be GRANTED. It is therefore ORDERED:

1. Personal and private documents, data, information, and papers addressed by this Order include:
    a. Financial records including: tax records, tax backup material, real estate papers, tax returns, and income statements;
    b. Business records including protected trade secrets
    c. Medical records including: facility, hospital, clinic, surgical, prescription and medication records and medical billings;
    d. Personal records including: employment, academic, educational and school records;
    e. Insurance records, including policies, benefit statements, handbooks, EOB's;
    f. Government records including: social security, medicaid and potentially Medicare.

2. All such personal and private documents, data, information, and papers, as described in the foregoing paragraphs, will remain confidential. <u>Use of and copies of the materials are strictly limited to purposes related to the litigation of this case.</u> Circulation of the documents may be made only to counsel in the case, their assistants, the claims representatives of a party's insurer, and any expert engaged by a party in this matter. Any copies submitted to the court will be submitted under seal or in such a manner as to restrict public viewing.

3. Following the conclusion of this matter by judgment or settlement, upon written request from the plaintiffs or their counsel, all copies of these materials will be either returned to plaintiffs' counsel, or professionally shredded and destroyed by counsel in the case.

Dated this 23rd day of June, 2009

By the Court,

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO