IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiffs' Unopposed Motion for to [sic] Amend Complaint (Docket No. 32) is granted, and the tendered Second Amended Complaint and Jury Demand (Docket No. 32-2) is accepted for filing as of the date of this Minute Order.

Date:   June 23, 2009