IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion of E. Scott Baroway of Baroway Law Firm to Withdraw (docket no. 59) is GRANTED. That Plaintiffs Noreen Rucinski and Frederick Rucinski have failed to file any timely response to this motion and therefore this court deems the motion confessed by Plaintiffs Noreen Rucinski and Frederick Rucinski. Moreover, Defendant filed a response (docket no. 63) to this motion and Defendant does not object to Mr. Baroway withdrawing as counsel of record for Plaintiffs Noreen Rucinski and Frederick Rucinski.

It is FURTHER ORDERED that E. Scott Baroway is withdrawn as counsel of record for Plaintiffs Noreen Rucinski and Frederick Rucinski. **Mr. Baroway shall make his file available to substitute counsel and shall make his file available to the Plaintiffs Noreen Rucinski and Frederick Rucinski. Mr. Baroway shall also serve a copy of this minute order on Plaintiffs Noreen Rucinski and Frederick Rucinski and file proof of service with this court.**

It is FURTHER ORDERED that Plaintiffs Noreen Rucinski and Frederick Rucinski shall either retain new legal counsel forthwith or be prepared to proceed pro se all future motions, hearings, and trial.

It is FURTHER ORDERED that the deposition of Plaintiff Noreen Rucinski and her Rule 35 Examination both set for December 1, 2009, is VACATED and the parties shall reset both Noreen Rucinski's deposition and Rule 35 examination. Noreen Rucinski's deposition and her Rule 35 examination shall take place in Colorado. The parties shall forthwith meet, confer, and reset the same.

It is FURTHER ORDERED that the following deadlines are amended:

      a.  The deadline to complete discovery is extended up to and including March 1, 2010;

      b.  The deadline to file dispositive motions is extended up to and including  March 15, 2010;

      c.  The deadline for Plaintiff's expert witness disclosures is extended up to and including December 15, 2009;

      d.  The Settlement Conference remains set on December 17, 2009, at 10:30 a.m.; and,

      e.  The Final Pretrial Conference currently set on February 16, 2010, at 8:30 a.m.. is VACATED and RESET on May 12, 2010, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado. The proposed Final Pretrial Order shall be filed with the court five (5)  business days prior to the Final Pretrial Conference.

Date:   December 1, 2009