IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      Before the court is the Plaintiffs' Expedited Motion to Vacate and Reset Settlement Conference (Docket No. 74), which was filed on February 19, 2010, only three business days before the date set for the Settlement Conference.  Defendant opposes the motion.

      The court has reviewed the tape recording of its December 8, 2009, Telephonic Status Conference in this matter.  Contrary to plaintiffs' assertions in the instant motion, during that conference plaintiffs did not make a clear and unequivocal statement regarding the strong potential that a soccer tournament would occur on February 24. Instead, there was mention of an Eagle ceremony on February 23, and plaintiffs thus requested that the Settlement Conference be set for February 24. The court thus set the conference as requested by plaintiffs for February 24.  Now, however, plaintiffs seek a further continuance because of their son's soccer game and ceremony that is supposedly set for that afternoon.  Earlier this week, plaintiff Noreen Rucinski telephoned the court about the need to continue this conference, stating that there was an emergency meeting at her son's school on February 24 at 4:00 p.m.  In view of the conflicting information, it is hereby

      **ORDERED** that the plaintiffs shall forthwith provide to the court the name of their son's high school and the location of his varsity division soccer finals game that is scheduled for February 24, 2010.  It is further

      **ORDERED** that the Plaintiffs' Expedited Motion to Vacate and Reset Settlement Conference, filed with the court on February 19, 2010 (Docket No. 74), is **granted**.  The Settlement Conference set for February 24, 2010, at 3:00 p.m. is **vacated and reset to**

2

**April 2, 2010, at 10:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.   The court notes that this is not the first continuance of this conference.  (See Docket Nos. 39, 42, 51, 53, 55, and 73).  **No further continuances will be granted.  Should plaintiffs fail to appear as directed on April 2, 2010, at 10:00 a.m., the court will recommend to Judge Brimmer that sanctions be imposed on the plaintiffs, which could include dismissal of this action, as well as an award of attorney fees and costs to the defendants.**

Date:  February 19, 2010