IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendant's Motion to Compel Discovery Responses (docket no. 85) is GRANTED for the following reasons.

    It is FURTHER ORDERED that Plaintiffs shall provide complete responses to Defendant's Requests for Production Nos. 8, 15, and 16, on or before May 5, 2010. Each party shall pay their own attorney fees and costs for this motion.

    The Pro Se Plaintiffs filed this lawsuit on December 24, 2008. The Pro Se Plaintiffs have had since at least December 24, 2008, to get their business records and their signed federal and state income tax returns for the relevant time frame prepared and available to be delivered in discovery. The Pro Se Plaintiffs are claiming $2,340,000 in loss of income resulting from Plaintiff Noreen Ruckinski's broken wrist. Thus, evidence concerning loss of income by Plaintiffs is relevant to issues before this court and are discoverable pursuant to Fed. R. Civ. P. 26 (b)(1). As to Plaintiffs' objections to Defendant's Request for Production Nos. 15 and 16, such objections are overruled. As to Plaintiffs' response to Defendant's Request for Production No. 8, such Response is incomplete. The deadline to complete discovery was April 1, 2010 and has expired. The deadline to file dispositive motions was March 15, 2010, and has expired. The Final Pretrial Conference is set on May 12, 2010, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: April 20, 2010