IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendant's Second Motion to Compel Discovery Responses and Request for Sanctions **(Docket No. 104)** is granted in part and denied in part. The motion is denied with respect to the request for sanctions. The motion is granted with respect to the request to compel discovery responses to the defendant's February 2010 Requests for Production of Documents. It is thus further

**ORDERED** that on or before June 25, 2010, plaintiffs shall produce the documents requested in the defendant's February 2010 Requests for Production of Documents and shall specifically identify which requests to which the documents are responsive. The parties shall pay their own costs for this motion.

Date: June 16, 2010