IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI, et al.,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant's Motion to Strike Plaintiffs' Proposed Trial Exhibits (docket no. 114) is **DENIED WITHOUT PREJUDICE.**

Defendant contends that Plaintiffs have not provided copies of the following trial exhibits as of May 17, 2010, as required under the Final Pretrial Order dated May 12, 2010.  Those are Plaintiffs' trial exhibits 1, 2, 3, 4, 5, 9, 15, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33 ,37, 38, 39, 40, 41, 44, 48, 49, 50, 54, 56, 57, 58, 59, 60, and 61.  Plaintiffs' contend that **"While documents may not yet have been provided, as declared by Defendants, it would be due to an honest mistake by Plaintiff(s)."**  See page 2 of Response bottom paragraph (docket no. 116).

Here, it appears that there has been a lack of communication between the parties which has been common theme throughout this litigation.

Accordingly, it is **FURTHER ORDERED** that the parties shall meet, **in person**, on or before August 6, 2010, and exchange hard copies of **ALL** their trial exhibits.

It is **FURTHER ORDERED** that the parties shall have up to and including August 20, 2010, to file any written objections with the court to any of the trial exhibits.

Date:  July 22, 2010