IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI,
and FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

The court has considered the ***Notice Regarding Court Ordered Meeting***, DN 120, filed with the Court on August 3, 2010, the ***Response to the Notice Regarding Court Ordered Meeting***, DN 122, filed with the Court on August 4, 2010, and the ***Defendant's Motion for Court Ordered Meeting to be Held in Denver, Colorado***, DN 124, filed with the Court on August 5, 2010, in this matter.

It is hereby ORDERED that the ***Defendant's Motion for Court Ordered Meeting to be Held in Denver, Colorado***, DN 124, is GRANTED and the meeting and exchange of documents shall be in Denver, Colorado. **The deadline remains the same for the exchange of the hard copies of ALL the trial exhibits, which is August 6, 2010.** The Defendant's counsel shall forthwith email, fax, and place a phone call to the Plaintiffs to advise them of the Court's ruling.

Date: August 5, 2010, 1:46 pm, (MST)