IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI,
and FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the defendant's Motion for Leave to File Sur-Reply (Docket No. 134) is granted, and the tendered Sur-Reply (Docket No. 135) is accepted for filing as of the date of this Minute Order.

Date: September 8, 2010