IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02798-PAB-MJW

NOREEN RUCINSKI,
and FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiffs' Motion to Reopen Discovery on a Limited Basis (docket no. 123) is **MOOT** and therefore **DENIED** since this court previously struck Dr. Brian Fitzgerald as an expert witness for the Plaintiffs. See Order Regarding Defendant's Motion to Strike Plaintiffs' Experts as Untimely and for Failure to Comply with Fed. R. Civ. P. 26(a)(2). (docket no. 118). Plaintiffs never filed any timely objections to docket no. 118 pursuant to Fed. R. Civ. P. 72 (a) and Plaintiffs only endorsed Dr. Fitzgerald as an expert witness in the Final Pretrial Order (docket no. 102) and therefore the Order Regarding Defendant's Motion to Strike Plaintiffs' Experts as Untimely and for Failure to Comply with Fed. R. Civ. P. 26(a)(2) (docket no. 118) is law of the case. Moreover, discovery has been completed as of April 1, 2010.

Date: September 17, 2010