IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02798-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** October 18, 2010 | Courtroom Deputy, Ellen E. Miller |
| NOREEN RUCINSKI, and | Pro Se (by telephone) |
| FREDERICK RUCINSKI, | Pro Se (by telephone) |
| Plaintiff(s), | |
| v. | |
| TORIAN PLUM CONDOMINIUM OWNERS | J. Ryan Johnson |
| ASSOCIATION, INC., | Ryan L. Winter |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING
**Court in Session:** 8:00 a.m.
Court calls case. Telephonic appearances of *Pro Se* plaintiffs and in court appearances of defense counsel.

The Court raises Defendant's Motion to Strike Plaintiffs' Trial Exhibits for argument. Argument by Mr. Johnson and Ms. Rucinski.

Defendant tenders a notebook of trial exhibits for the Court's review.

**It is ORDERED:** Plaintiffs shall have until **5:00 p.m. (Mountain Time) OCTOBER 22, 2010** to submit to the Court a notebook of trial exhibits. The notebook shall be organized, tabbed, and contain documentation of when the exhibits were provided to defendant.

**It is ORDERED:** Defendant's MOTION TO STRIKE PLAINTIFFS' TRIAL EXHIBITS [Docket No. **130**, filed August 19, 2010] is **TAKEN UNDER ADVISEMENT.**

Hearing concluded.     **Court in recess:**     8:33 a.m.     Total In-Court Time 00:33

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119  or  Toll Free  1-800-962-3345.