IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiffs' Notice of Availability of Hearing Exhibits and Motion to Provide Email Address (docket no. 147) is **MOOT** and therefore **DENIED**. At the hearing on Defendant's Motion to Strike Plaintiffs' Trial Exhibits (docket no. 130) that took place on October 18, 2010, this court allowed Plaintiffs to file their Trial Exhibits in notebook form with the court on or before October 22, 2010, at 5:00 p.m. Mountain Time, and Plaintiffs did file their Trials Exhibits in four (4) separate notebooks for this court's *in camera* review.  This court, in fact, reviewed these four (4) notebooks containing Plaintiffs' Trial Exhibits, *in camera*, before its ruling on Defendant's Motion to Strike Plaintiffs' Trial Exhibits (docket no. 130).

Date: October 27, 2010