IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      Plaintiffs have not filed a response to the Defendant's Motion Requesting Copies of Plaintiffs' Proposed Trial Exhibits that Were Provided to the Court on October 22, 2010 (Docket No. 149), and thus that motion is deemed confessed.  It is thus hereby

      **ORDERED** the Defendant's Motion Requesting Copies of Plaintiffs' Proposed Trial Exhibits that Were Provided to the Court on October 22, 2010 **(Docket No. 149)**, is **GRANTED**.  A copy of these sealed exhibits has been made by the court, and the. defendant may make arrangements to have them picked up at Magistrate Judge Watanabe's chambers.

Date: December  7, 2010