IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-PAB-MJW

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c)(2) (docket no. 166) is **DENIED.**

This case has a tortured history but is now ready for trial. See entire docket sheet.  Judge Brimmer has set a Trial Preparation Conference for November 4, 2011, at 2:30 p.m. and the Jury Trial is set to begin before Judge Brimmer on December 5, 2011.  See docket no. 164.  The deadline to complete discovery and to file dispositive motions has expired.  A Final Pretrial Order was entered by Magistrate Judge Watanabe on May 12, 2010.  See docket no. 102.

As for Defendant's arguments that: (1) the Pro Se Plaintiffs did not confer as required under D.C.COLO.LCivR 7.1 A; (2)  that the Pro Se Plaintiffs' fabricated an e-mail that was attached to Plaintiffs' reply brief and was submitted to the Court in order to support the assertion that Plaintiff's had conferred with Defendant pursuant to Local Rule 7; and, (3) that Plaintiffs have submitted false statements and a sworn affidavit signed by Plaintiff Frederick Rucinski, which also contains false statements (docket nos. 157 attached to docket no. 156), this court finds that arguments (1) and (2) above appear to be MOOT at this time.  As to argument (3) above, Defendant has the opportunity to make this argument before Judge Brimmer since Judge Brimmer will be ruling on Plaintiffs' Objection to Magistrate Judge's Order Granting Defendant's Second Motion to Strike (docket no. 156).  For all of these reasons, the subject motion (docket no. 166) should be denied.

Date:  February 7, 2011