IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-WJM-MJW

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Strike Untimely and Improperly Disclosed Witnesses (docket no. 180) is GRANTED.  The Pro Se Plaintiffs have failed to file any timely response to the subject motion (docket no. 180) and therefore this court deems the subject motion (docket no. 180) confessed.

     It is FURTHER ORDERED the following Plaintiffs' witnesses shall be stricken and may not testify at trial.  They are Mark Schneider, Gary Whitman, Denise Steffens, McRae Johnston, Shannon Dillard, Larry Stroman, William Byrd, Ken Thorpe, Joe Betro, David Callender, and Gene Retske.

Date: May 24, 2011