IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02798-WJM-MJW

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

Plaintiffs,

v.

TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Strike Plaintiffs' Untimely Response to Defendant's Notice of Filing of Affidavit for Attorney Fees and Costs Pursuant to the Court's April 1, 2011 Order (docket no. 185) is DENIED noting that this court has not yet ruled on the amount of attorney fees and costs that Defendants should be awarded per this Court's Order Regarding Defendant's Motion to Compel (docket no. 177) and thus this Court finds no prejudice to Defendants if this Court considers Plaintiffs' Opposition to Defendant's Affidavit Re: Attorney Fees (docket no. 184).  The court, however, again admonishes the Pro Se Plaintiffs that they are required to fully comply with all court orders in the future.

Date:  June 20, 2011