IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:   December 21, 2012
Court Reporter:    Gwen Daniel

_____

Civil Action No. 08-cv-02798-WJM-MJW       <u>Counsel:</u>

NOREEN RUCINSKI and                         Adrian Sak
FREDERICK RUCINSKI,                         Lain Lawrence

     Plaintiffs,

v.

THE TORIAN PLUM CONDOMINIUM                 Ryan Winter
OWNERS ASSOCIATION, INC.,                   Lance Eberhart
                                            James Johnson
     Defendant.

_____

### COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

02:00 p.m.  Court in Session

Appearances

Court's comments

This case is set for a five-day jury trial commencing January 7, 2013.

**ORDERED:  Defendant's Consolidated Motion in Limine (ECF No. 247) in GRANTED IN PART AND DENIED IN PART**.

Court's comments concerning the trial schedule

**ORDERED:** Counsel shall meet in person to go through their exhibit lists.

The parties shall file by January 3, 2012 revised final exhibit lists indicating stipulations to the maximum extent possible to the admissibility of the exhibits.

**ORDERED:** Each side will have 20 minutes for opening statement and voir dire.

**ORDERED:** Counsel shall be present at 8:00 on Monday, January 7, 2013 to take up pretrial matters.

Court's comments regarding Jury Instructions

**ORDERED:** Contemporaneous trial briefs on the issue raised by Ms. Rucinski's prior felony conviction and whether it's admissible under Rule 609, no more than five pages, exclusive of signature blocks and certificate of service, shall be filed on or before January 2, 2013.

**ORDERED:** The parties shall e-mail to chambers by December 28, 2012 the identity of all counsel and parties that will be present at counsel table during the trial.

Discussion concerning testimony by video conference

**ORDERED:** Counsel shall file by December 27, 2012 a motion regarding testimony by video conference; the defendant has until January 2, 2013 to respond. There will be no reply.

02:29 p.m.   Court in Recess
             Hearing concluded
             Time: 29 minutes