IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 08-cv-02798-WJM

NOREEN RUCINSKI and
FREDERICK RUCINSKI,

    Plaintiffs,

v.

THE TORIAN PLUM CONDOMINIUM OWNERS ASSOCIATION, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this _10_ day of January 2013.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs

_____
Attorney for Defendant